CALDWELL v. CALDWELL

No. 488P87.

Case below: 86 N.C. App. 225.

Petition by plaintiff for writ of certiorari to the North Carolina Court of Appeals denied 7 October 1987.

CREEF v. CREEF

No. 429P87.

Case below: 86 N.C. App. 376.

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 7 October 1987.

DAY v. POWERS, SEC. OF REVENUE

No. 420P87.

Case below: 86 N.C. App. 85.

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 7 October 1987.

DRAIN v. UNITED SERVICES LIFE INS. CO.

No. 230P87.

Case below: 85 N.C. App. 174; 320 N.C. 630.

Motion by defendant pursuant to Rule 27, N.C. Rules of App. Procedure, for reconsideration of the petition for review of the decision of the North Carolina Court of Appeals dismissed 7 October 1987.

FRYE v. ANDERSON

No. 368P87.

Case below: 86 N.C. App. 94.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 7 October 1987.